UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kyle O'Neil Sr., | Civil Action No. 24-cv-447 (PJS/LIB) |
| Plaintiff, | |
| vs. | **ORDER** |
| James Clark Esq., Range Credit Bureau, Inc., Equifax Information Services, LLC, | |
| Defendants. | |

---

On April 29, 2024, the parties filed a Stipulation Regarding Extension of Time for Defendant Equifax Information Services, LLC to Answer or Otherwise Respond To Plaintiff's Complaint [Docket No. 8]. The parties request an extension of time, until May 14, 2024, for Equifax Information Services, LLC to answer or otherwise respond to the Complaint. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation Regarding Extension of Time for Defendant Equifax Information Services, LLC to Answer or Otherwise Respond To Plaintiff's Complaint [Docket No. 8] is **APPROVED;**

2. Defendant shall have until May 14, 2024, to answer or otherwise respond to Plaintiff's Complaint.

DATED: April 29, 2024

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE